```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 59161
    MICHELLE M BRADY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-7062


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 11/15/2005 and was confirmed 01/30/2006.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors  10.00%.

       The case was dismissed after confirmation 09/24/2007.
--------------------------------------------------------------------------------
    CREDITOR NAME               CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------------
    AARONS SALES & LEASE OWN  SECURED               .00              .00             .00
    TRIAD FINANCIAL CORP      SECURED          13355.00          1582.75         3581.82
    TRIAD FINANCIAL CORP      UNSECURED         8318.57              .00             .00
    INTERNAL REVENUE SERVICE  PRIORITY           264.90              .00             .00
    AT & T WIRELESS           UNSECURED        NOT FILED             .00             .00
    CHICAGO DEPT OF REVENUE   UNSECURED        NOT FILED             .00             .00
    COMMONWEALTH EDISON       UNSECURED        NOT FILED             .00             .00
    COMMUNITY FEDERAL CREDIT  UNSECURED        NOT FILED             .00             .00
    DR ROBERT BONAMINIO       UNSECURED        NOT FILED             .00             .00
    FIRST PREMIER BANK        UNSECURED        NOT FILED             .00             .00
    FUN WITH PHOTOS MEMORIES  UNSECURED        NOT FILED             .00             .00
    ISAC                      UNSECURED         1643.16              .00             .00
    RADIOLOGY IMAGING SPECIA  UNSECURED        NOT FILED             .00             .00
    AT & T BANKRUPCTY         UNSECURED        NOT FILED             .00             .00
    RESURGENT CAPITAL SERVIC  UNSECURED          324.96              .00             .00
    NEXTEL COMMUNICATIONS     UNSECURED        NOT FILED             .00             .00
    UNITED PUBLISHERS OF AME  UNSECURED        NOT FILED             .00             .00
    INTERNAL REVENUE SERVICE  UNSECURED         4151.68              .00             .00
    BARRY A CHATZ             ADMINISTRATIV   NOT FILED             .00             .00
    LORRAINE GREENBERG & ASS  DEBTOR ATTY      2,150.00                         2,150.00
    TOM VAUGHN                TRUSTEE                                             448.43
    DEBTOR REFUND             REFUND                                                 .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
    TRUSTEE                 7,763.00

    PRIORITY                                        .00
    SECURED                                    3,581.82
        INTEREST                               1,582.75

                     PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 59161 MICHELLE M BRADY
```

```
UNSECURED                                                        .00
ADMINISTRATIVE                                              2,150.00
TRUSTEE COMPENSATION                                          448.43
DEBTOR REFUND                                                    .00
                                        ----------------  ----------------
TOTALS                                         7,763.00         7,763.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 12/27/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```